UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 5:20-cv-1004-FMO (GJS) | Date | July 8, 2020 |
|---|---|---|---|
| Title | Dangelo Nunez v. Unknown | | |

| Present: | Hon. Gail J. Standish, United States Magistrate Judge | |
|---|---|---|
| | E. Carson | N/A |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| | None present | None present |

**Proceedings:**  (IN CHAMBERS) Order Granting Request for Voluntary Dismissal [Dkt. 6]

On May 11, 2020, Plaintiff Dangelo Nunez, a federal prisoner proceeding pro se, initiated this action by filing a letter with the Court which requested a 42 U.S.C. § 1983 civil rights form. [Dkt. 1.] Plaintiff's letter was construed as a new case and assigned a case number. On May 30, 2020, Plaintiff filed a subsequent letter asking the Court to immediately "dismiss" his case as it was "construed improperly" as an "actual action" and "erroneously opened."[1] [Dkt. 6.]

Under Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action, without a court order, by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Such dismissal is without prejudice. Fed. R. Civ. P.

---

[1] On June 24, 2020, several weeks after his request for dismissal, Plaintiff filed a "Motion to Dismiss [his] Immigration Detainer." [Dkt. 5.] To the extent that Plaintiff seeks to challenge his immigration status following his sentence, Plaintiff is advised that he cannot seek that relief in a civil rights action, he would have to petition for a writ of habeas corpus or pursue some other action, not sue for damages under § 1983. As Plaintiff's motion for an immigration detainer was filed in this case after he requested a self-executing summary dismissal, the Motion will be disregarded.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:20-cv-1004-FMO (GJS) | Date | July 8, 2020 |
|---|---|---|---|
| Title | Dangelo Nunez v. Unknown | | |

41(a)(1)(B).  No answer or summary judgment motion has yet been filed in this case.  Accordingly, Plaintiff has an absolute right to voluntarily dismiss this action without prejudice.

    Given Plaintiff's clear and unequivocal desire to "dismiss" his case, Plaintiff's motion is construed as a request to dismiss this case without prejudice pursuant to Rule 41(a)(1)(A)(i).  As so construed, the Clerk's Office is directed to terminate this case pursuant to Plaintiff's Rule 41(a)(1)(A)(i) request.

    The Clerk's Office is further DIRECTED to send Plaintiff a civil rights form utilized by the Central District of California.

**IT IS SO ORDERED.**